```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SANJAY SOOKUL,

                 Plaintiff,

      - against -

JORDAN CRAIG DESIGN, LLC,

                 Defendant.

23-cv-8149 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff had 90 days from filing the complaint, on September 14, 2023, to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). After that deadline elapsed without any service on the defendants, this Court extended the time for the plaintiff to serve the summons and complaint to January 3, 2024. ECF No. 5. In that Order, the Court advised the plaintiff that failure to serve by January 3, 2024 would result in dismissal without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

To date, the plaintiff has failed to serve the summons and complaint on the defendants. Accordingly, this action is **dismissed without prejudice** for failure to prosecute. The Clerk is directed to close this case.

**SO ORDERED.**

Dated:    New York, New York
            January 8, 2024

                                               _____
                                                   John G. Koeltl
                                            United States District Judge